Knowlton Mixer, Appellant, v. James N. Adam, as Mayor of the City of Buffalo, and Others, Respondents.— Orders affirmed, with ten dollars costs and disbursements. All concurred.

Henry W. Watson, as Committee, etc., of Evalena Beadle, an Incompetent Person, Respondent, v. Lucios, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Adolph Wnuck, as Administrator, etc., of Herman Skrobuck, Deceased, Respondent, v. Charles F. Wisehoon and Others, Individually and as Copartners, Doing Business under the Firm Name and Style of Charles F. Wisehoon & Son, Defendants, and John P. Hier, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York, Respondent, v. New York Central and Hudson River Railroad Company, Appellant. (No. 2.)— Order affirmed, with ten dollars costs and disbursements. All concurred, except McLennan, P. J., who dissented upon the ground that under the circumstances disclosed by the affidavits in this case the court had no power to compel the witnesses named to submit to an examination.

The People of the State of New York, Respondent, v. Millie J. Newcomb, as Administratrix, etc., of Sarah A. Wiggins, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Kruse, J., who dissented upon the ground that the Court of Appeals having ordered a new trial against the substituted defendant, administratrix, and the plaintiff having proceeded without asking for a modification of the decision, and the defendant having succeeded on the trial, she is now entitled to costs under the decision of that court.

Otto Bronold, Appellant, v. Maggie Theuer, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied. Held, that the action is one in equity. All concurred, except Spring, J., who dissented.

Theodore Searle, Respondent, v. George S. Waterman, Appellant.— Judgment affirmed, with costs. All concurred.

William Howley, Appellant, v. Frank Hopkins, as Committee of Michael J. (Otherwise Known as Mitchel) Howley, an Incompetent Person, Respondent.— Judgment affirmed, with costs. All concurred.

Elizabeth J. Campbell, Appellant, v. Louis Black, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Held, that the complaint states but one cause of action. All concurred, except Robson, J., who dissented; McLennan, P. J., not sitting.

Henry K. Williams, a Taxpayer of the City of Dunkirk, New York, Respondent, v. Harry James, as Mayor of the City of Dunkirk, Respondent, Impleaded with Richard Heppell, as Clerk of the City of Dunkirk, and Others, and Joseph Stejakowski, as Councilman, and Others, Appellants. (No. 1.)— Order affirmed, with ten dollars costs and disbursements. All concurred.

Henry K. Williams, a Taxpayer of the City of Dunkirk, New York, Respondent, v. Harry James, as Mayor of the City of Dunkirk, Respondent, Impleaded with Richard Heppell, as Clerk of the City of Dunkirk,